# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DE JESUS ROBLES-OJEDA,<br><br>                                Petitioner,<br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>                               Respondent. | CASE NO. 11-CV-1599-H<br>              10-CR-0384-H<br><br>**ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY** |

      On June 7, 2010, this Court sentenced Petitioner Manuel de Jesus Robles-Ojeda ("Petitioner" or "Defendant") to 46 months of custody for attempted entry after deportation in violation of 8 U.S.C. § 1326. (Doc. No. 19.) On July 19, 2011, Petitioner filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 20.) On November 9, 2011, the Court denied Petitioner's claim for relief under 28 U.S.C. § 2255. (Doc. No. 30.) On December 5, 2011, Petitioner filed a notice of appeal (Doc. No. 31) along with a motion for certificate of appealability. (Doc. No. 32.)

      Under AEDPA, a state prisoner seeking to appeal a district court's denial of a habeas petition must obtain a certificate of appealability ("COA") from the district judge or a circuit judge. 28 U.S.C. § 2253(c)(1)(A). A COA may issue only if the applicant has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues

presented are adequate to deserve encouragement to proceed further." <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 327 (2003).

Here, Petitioner pleaded guilty pursuant to a written plea agreement to an Indictment charging Petitioner with one count of attempted entry after deportation in violation of 8 U.S.C. § 1326 (a) and (b), and was sentenced to 46 months of custody. The court has reviewed the claims in the habeas petition and assessed their merits, and concluded that the petition should be denied. (Doc. No. 30.) Petitioner has failed to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court denies Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED**.

DATED: December 9, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Manuel de Jesus Robles-Ojeda
Register No. 18303-298
FCI Schuylkill,
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101